AO 93 (Rev. 12/09) Application for Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

In the Matter of the Search of

Computer equipment, peripherals and media
described in Attachment A

)
)
)   Case No. 4:11MJ1169 TIA
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___EASTERN___ District of ___MISSOURI___
*(identify the person or describe the property to be searched and give its location):*

Computer equipment, peripherals and media described in Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment B

I find the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___August 1, 2011___
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

___Terry I. Adelman___
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___July 18, 2011___          _____
                                                                  *Judge's signature*

City and state:   ___St. Louis, Missouri___     Terry I. Adelman, United States Magistrate Judge
                                                                  *Printed name and title*

ATTACHMENT A

List of Items to be Searched

AMD Semprom Computer, Serial Number 00045-806-940-122

SanDisk Thumb Drive, Cruzer Micro 256MB, Serial Number ARO6039CB

SanDisk Thumb Drive, Cruzer Micro 256MB, Serial Number SDCZ4-256

Verbatim HD Floppy Disk labeled "Dave E-Mail 99"

Imation 2HD Floppy Disk labeled "BackUp BB CHQ Register"

Inkjet Mitsui Compact Disc, Serial Number 3011 2132 2550 labeled "Jana Lafoy E-Mail to 6-4-03"

Verbatim Compact Disc, Serial Number CD606IB29032217

Verbatim Compact Disc, Serial Number CD616IC06080376

Verbatim Compact Disc, Serial Number CD606IB29203519

Attachment B

List of Items to be Seized

All documents, notes, messages, visual depictions, including still images, videos, films or other recordings concerning Boydoplex, the Boydoplex Project, investors in Boydoplex, Jason Wright, Mary Princter, David Grammar and Jana Baxter

Any and all documents, records, e-mails, schematics, blue prints, and models pertaining to Boydoplex, the Boydoplex Project, investors in Boydoplex, Jason Wright, Mary Princter, Marcy Grammar, and Jana Baxter

All investor lists, investor letters, investor correspondence pertaining to Boydoplex, the Boydoplex Project, Jason Wright, Mary Princter, David Grammar, Marcy Grammar, and Jana Baxter

Notes or logs documenting telephonic, email, mailed, or other correspondence with present or past investors of Boydoplex or the Boydoplex Project which includes but is not limited to the following e-mail addresses: JasonWrighticic@hotmail.com; GramBax@socket.net; GramBax@gmail.com; musicgal59@cvalley.net; junebuggfarmsllc@cvalley.net; and, junebugg@cvalley.net

All investor lists, letters, correspondence, investment logs, cash logs, bank and financial account information, credit card records pertaining to Boydoplex, the Boydoplex Project, Jason Wright, Mary Princter, David Grammar, Marcy Grammar, and Jana Baxter